**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 24-12633

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

AVINASH SINGH,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:20-cr-00165-CEM-RMN-1

————————————

Before LAGOA, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

Ryan Truskoski, appointed counsel for Avinash Singh in this direct criminal appeal, has moved to withdraw from further representation of the Appellant and filed a brief pursuant to *Anders v.*

2                    Opinion of the Court                    24-12633

*California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Singh's conviction and sentence are **AFFIRMED**.